# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Korban Alex Mitchell**<br>DOB: xx/xx/1997<br>United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**19-05936 MJ** |

Complaint for violation of Title 18 United States Code § 924(a)(1)(A)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 12, 2019, at or near Tucson, in the District of Arizona, **Korban Alex Mitchell** knowingly made a false statement and representation to SnG Tactical – SnG Arms, doing business as Smoke & Glory, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of SnG Tactical – SnG Arms; in that **Korban Alex Mitchell**, in connection with the attempted acquisition of four firearms, stated that his current residence address was [REDACTED], Tucson, Arizona, 85711, when in fact that was not his current residence address; in violation of Title 18, United States Code, Section 924(a)(1)(A).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On February 12, 2019, Korban Alex Mitchell attempted to acquire four firearms from SnG Tactical – SnG Arms, a federally licensed firearms dealer doing business as Smoke & Glory in Tucson, Arizona. In completing ATF Form 4473, required to be kept in the records of SnG Tactical – SnG Arms in connection with the acquisition of the firearms, Mitchell stated that his current residence address was [REDACTED], Tucson, Arizona, 85711. Mitchell also signed the form, certifying all the information he provided therein was true, correct, and complete. Mitchell did not reside at the address he used on the Form 4473, and stated that he had not lived at that address for years. Instead, Mitchell's current residence address was in Atlanta, Georgia. Mitchell also stated that before completing the Form 4473 in attempt to acquire the firearms, he had been staying in at an apartment for Tucson for several months while attending school, at an address different from that he used on the Form 4473.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>REVIEWED by AUSA Angela W. Woolridge<br><br>*Angela W Woolridge* (signature) | SIGNATURE OF COMPLAINANT<br>*(signature)*<br><br>OFFICIAL TITLE<br>ATF Special Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE¹⁾<br>*(signature)* | DATE<br>April 15, 2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54